

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-26-00142-CV

---

SHERRY LIAS, APPELLANT

V.

BMF IV TX ASHLAR, LLC D/B/A THE ASHLAR APARTMENTS, APPELLEE

---

On Appeal from the County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2026-00246-JP, Honorable Robert Ramirez, Presiding

---

July 22, 2026

## MEMORANDUM OPINION

Before DOSS and YARBROUGH and PRATT, JJ.

Appellant, Sherry Lias, proceeding pro se, appeals from the trial court's *Final Default Judgment*.[1]  Appellant's brief was originally due June 17, 2026, but was not filed. By letter of June 24, 2026, we notified Appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by July 6, 2026.

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE § 73.001.

To date, Appellant has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam